IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES WILLIAM RILEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 26-309-CFC-CJB |
| | ) | |
| TERRA TAYLOR, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

At Wilmington on this Twenty-seventh Day of July in 2026, having considered the Report and Recommendation by United States Magistrate Judge Christopher J. Burke filed on July 6, 2026 (D.I. 30), Plaintiff's Objections (D.I. 31), Defendants' Response to Plaintiff's Objections (D.I. 37), and Plaintiff's Notice of Fact Under Rule 201 of Federal Rules of Evidence (D.I. 38);

It is HEREBY ORDERED that:

1.    Plaintiff's Objections (D.I. 31) are **OVERRULED** and the Magistrate Judge's Report and Recommendation (D.I. 30) is **ADOPTED**.

2.    Plaintiff's letter/motion seeking a preliminary injunction (D.I. 11) is **DENIED**.

3.    The Complaint, (D.I. 2), as amended (D.I. 14) is **DISMISSED**.

4.    Defendant's motion to dismiss (D.I. 21) is **DENIED AS MOOT**.

5.    Plaintiff's second motion to amend (D.I. 26) is **DENIED**.

6.    Plaintiff is **GRANTED** leave to file one further amended pleading (i.e., an omnibus pleading that contains all of Plaintiff's allegations in one document) on or before **August 24, 2026**. Should Plaintiff fail to do so, the Court will close the case.

_____
Chief Judge

2